IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARY CHRISTINE RAY                                                          PETITIONER

v.                                     Case No. 5:14-CV-05036

RAY HOBBS, Director, Arkansas Department of Corrections              RESPONDENT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 6) from United States Magistrate Judge Erin L. Setser. No objections have been filed, and the deadline for filing objections has passed.

Having reviewed the record, the Court finds the Magistrate's reasoning to be sound. The Court therefore ADOPTS the findings and recommendations of the Magistrate in full.

Accordingly, for the reasons stated in the Magistrate's report and recommendation, IT IS ORDERED that Ms. Ray's petition is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 20th day of March, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE